UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3:15-cv-03018-KES |
| | ) | |
| ROSEBUD SIOUX TRIBE, | ) | |
| | ) | **INTERVENOR-PLAINTIFF** |
| Intervenor-Plaintiff, | ) | **ROSEBUD SIOUX TRIBE'S** |
| | ) | **MOTION FOR SUMMARY** |
| v. | ) | **JUDGMENT, OR IN THE** |
| | ) | **ALTERNATIVE, PARTIAL** |
| RYAN ZINKE, Secretary, United States | ) | **SUMMARY JUDGMENT** |
| Department of Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Intervenor-Plaintiff Rosebud Sioux Tribe's hereby moves this Court for its Order granting summary judgment, or in the alternative, partial summary judgment, on the grounds set forth in the accompanying Memorandum in Support of their Motion, pursuant to D.S.D. Civ. L.R. 7.1(B), along with Affidavits and Exhibits attached hereto.

The Rosebud Sioux Tribe also moves to join Cheyenne River Sioux Tribe's Motion for Summary Judgment, filed on February 12, 2018, and its Statement of Undisputed Material Fact, law and legal argument in its Memorandum in Support of Motion for Summary Judgment, and incorporates the same in Rosebud Sioux Tribe's Memorandum in Support of its Motion for Summary Judgment and in its Statement of Undisputed Material Facts.

Dated this 12th day of February, 2018.

Respectfully submitted,

/s/Charles Abourezk
Charles Abourezk
Abourezk, Zephier & LaFleur, P.C.
Attorney for Rosebud Sioux Tribe
P.O. Box 9460
Rapid City, South Dakota 57709
(605) 342-0097
Fax (605) 342-5170

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Intervenor-Plaintiff Rosebud Sioux Tribe's Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment* was served via e-filing, upon the following person(s):

Tracey Zephier
Fredericks, Peebles & Morgan, LLP
520 Kansas City Street, Ste 101
Rapid City, SD 57701

Attorney for Plaintiff Cheyenne River Sioux Tribe

Kevin Snell, Trial Attorney
Daniel Bensing, Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6108
Washington, SD 20530

Attorneys for Defendants

this 12th day of February, 2018.

/s/Charles Abourezk
Charles Abourezk
